JS 45 (11/2002)

# Criminal Case Cover Sheet                                             U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:16cr63 |
| County/Parish: | Same Defendant: | New Defendant: Susan M. Spearman |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | | | | |
|---|---|---|---|---|---|
| Defendant Name: Susan M. Spearman | | Alias Name(s): | | | |
| Address: ███████ Virginia Beach, VA | | | | | |
| Employment: | | | | | |
| Birth Date: ███ 1964 | SS#: 1██-██-2046 | Sex: F | Race: | Nationality: | Place of Birth: |
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | | |

## Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____ . | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: Barry R. Koch | ☐ Court Appointed |
|---|---|
| Address: Inman & Strickler | ☒ Retained |
| Telephone: 757-486-7055 | ☐ Public Defender |
| bkoch@inmanstrickler.com | ███████ |
| | ███████ |

## U.S. Attorney Information:

| AUSA: Stephen W. Haynie | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

## Complainant Agency, Address & Phone Number or Person & Title:

FBI, Norfolk Field Office, 509 Resource Road, Chesapeake, VA 23320 – SA Dana Yr. Lira-Raevmann, 455-0100

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 157(1) and 2 | Bankruptcy Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)